# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:09CR29

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Vs.** ) | **ORDER** |
| ) | |
| **GARY ROBERT FRONRATH.** ) | |
| _____ ) | |

**THIS MATTER** is before the court upon Kristina L. Earwood's Motion to Withdraw (#62) and Amended Motion to Withdraw (#63). There are several problems with such motions: (1) the motions are not signed by counsel; (2) they do not reflect consultation with the United States Attorney; (3) they do not have certificates of service; and (4) while seeking withdrawal of Ms. Earwood, they do not address the continued representation of defendant by Mr. Lay. See L.Cr.R. 5.3(C); L.Cr.R. 47.1(B); Fed.R.Crim.P. 47 &49. These motions will be set for hearing.

# ORDER

**IT IS, THEREFORE, ORDERED** that Kristina L. Earwood's Motion to Withdraw (#62) and Amended Motion to Withdraw (#63) are **CALENDARED** for hearing, and the Clerk of this court is instructed to notice such for hearing as soon as possible.

Signed: December 12, 2009

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge